## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.1:23-cv-24939

BRENT ALAN LEVISON
Individually and
on behalf of all others similarly situated,

  *Plaintiff*, vs.

WEST CAPITAL LENDING, INC.

  *Defendant.*

_____/

### **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Brent Alan Levison  (Plaintiff)
   - Hiraldo P.A. (Counsel for Plaintiff)
   - Eisenband Law, P.A. (Counsel for Plaintiff)
   - West Capital Lending, Inc. (Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known at this time.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    - None known at this time.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    - - Brent Alan Levison

    - Unnamed Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Date: January 10, 2024

Respectfully submitted,

**EISENBAND LAW, P.A.**

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard,
Suite 120 Ft. Lauderdale,
Florida 33301
Email:
MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

**HIRALDO P.A.**
Manuel Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite

2

1400 Ft. Lauderdale, Florida 33301

Email: MHiraldo@HiraldoLaw.com
Telephone: 954.400.4713

Counsel for Plaintiff