**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BRENT ALAN LEVISON, individually and on behalf of all others similarly situated, | Case No.: 1:23-cv-24939-JB |
| Plaintiff; | |
| v. | |
| WEST CAPITAL LENDING, INC., | |
| Defendants. | |

**WEST CAPITAL LENDING, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WEST CAPITAL LENDING, INC. ("WCL") files this Corporate Disclosure Statement and states as follows: WCL is not publicly owned, it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  May 10, 2024

Respectfully submitted,

*/s/Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925
POLSINELLI PC
315 S. Biscayne Blvd.
Suite 400
Miami, FL 33131
Tel: (305) 921-1810
jblackmore@polsinelli.com
bherbert@polsinelli.com
jaguerrebere@polsinelli.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 10, 2024, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925